AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2026

SEAN F. MCAVOY, CLERK

JEREMY LEE DREYER,
*Plaintiff*
v.

YAKIMA COUNTY, WELLPATH and JULIE McCRAY,
*Defendant*

Civil Action No. 1:26-cv-3123-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: The First Amended Complaint, ECF No. 5, is DISMISSED for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2), but WITHOUT PREJUDICE to Plaintiff seeking appropriate state court remedies.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea

Date: September 23rd, 2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*